Order Filed on 05/31/2011 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT ELIADES & RAVIN LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ  07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman<br>Chapter 7 Trustee<br>Erin J. Kennedy (EJK-9227) | |
| In Re:<br><br>PLAYMORE INC.,<br><br>                              Debtor. | Chapter 7<br><br>Case No. 08-23720 (NLW) |
| CHARLES M. FORMAN, TRUSTEE,<br><br>                              Plaintiff,<br>v.<br><br>WALDMAN PUBLISHING CORP.,<br><br>                              Defendant. | Adv. Pro. No. 10-2050 |

**CONSENT ORDER AMENDING JOINT ORDER
SCHEDULING PRETRIAL PROCEEDINGS AND TRIAL**

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED**.

**DATED: 05/31/2011**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

**THIS MATTER**, having been brought before the Court upon the application filed by Charles M. Forman, the chapter 7 trustee for Playmore, Inc. (the "Trustee" or "Plaintiff"), through his attorneys, Forman Holt Eliades & Ravin LLC, to amend Joint Order Scheduling Pre-trial Proceedings and Trial entered on January 13, 2011 (the "Order"), and the parties having agreed to extend the deadlines set forth in the Order and consenting to the relief set forth herein, and for good cause shown, it is

**ORDERED** that:

1. All discovery is to be completed by August 31, 2011. Any motions to compel discovery are to be made so that the court can rule and the discovery can be obtained before that date. Late filed discovery motions shall not constitute cause for an adjournment of the scheduled trial date.

2. All other motions shall be filed no later than September 30, 2011 and returnable no later than October 31, 2011. Late filed motions shall not constitute cause for an adjournment of the scheduled trial date.

3. ( ) (CHECK IF APPLICABLE). The parties agree to pursue mediation on to attempt to resolve disputed matters. A separate mediation order selecting a mediator and providing for a mediation schedule shall be submitted within ten (10) days.

4. Plaintiff shall file a joint stipulation of all undisputed facts and all parties shall file and serve proposed findings of disputed facts, proposed conclusions of law, trial briefs if desired by the party, and binders with copies of pre-marked exhibits no later than ten (10) days prior to the trial. The parties anticipate a trial of approximately 1 day.

5. All parties shall bring to the trial sufficient copies of their exhibit lists to provide two to the court and one for each adversary. All parties shall also bring to trial a binder containing the

2

*Approved by Judge Novalyn L. Winfield May 31, 2011*

originals of their respective exhibits.

6. The trial will commence on _____December 7, 2011_____ at __10:00 AM__ or as soon thereafter as the matter may be heard, at:

> United States Bankruptcy Court
> Address:   Martin Luther King, Jr. Federal Building & Courthouse
> 3rd Floor, 50 Walnut Street
> Newark, New Jersey 07102
>
> Courtroom # 3D - Honorable Novalyn L. Winfield

**ALL PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE. ADJOURNMENTS WILL BE GRANTED ONLY FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES. ADJOURNMENT REQUESTS MUST BE RECEIVED NO LATER THAN THE THIRD BUSINESS DAY BEFORE THE SCHEDULED TRIAL DATE.**

**THE UNDERSIGNED CONSENT TO THE FORM
AND ENTRY OF THE WITHIN ORDER**

| **FORMAN HOLT ELIADES & RAVIN LLC** | **COHEN TAUBER SPIEVACK & WAGNER, P.C.** |
|---|---|
| Attorneys for Charles M. Forman Trustee for Playmore Inc. | Attorneys for Waldman Publishing Corp. |
| By:  */s/ Erin J. Kennedy*_____ <br> Erin J. Kennedy, Esq. | By:  */s/ Joseph Vann*_____ <br> Joseph Vann, Esq. |
| Dated: May 12, 2011 | Dated: May 10, 2011 |

m:\cmf\playmore\preference\waldman publishing corp\consentorder.final.doc

*Approved by Judge Novalyn L. Winfield May  31, 2011*